IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE TOWNSEND**                                                                                    **PLAINTIFF**
**#217939**

**V.**                                            NO. 4:22-cv-001198-JM

**HIGGINS**, *et al*.                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE